IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:21CR303 |
| | ) | |
| vs. | ) | |
| | ) | |
| RACHEAL A. CAIN and | ) | ORDER |
| ANDREW M. SACKETT, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on defendant, Racheal A. Cain's Unopposed Motion to Continue Trial [75]. The court has been advised that the co-defendant does not object to the continuance. On the basis of the statements set forth in the motion, the undersigned magistrate judge finds good cause for the requested continuance.

Accordingly:

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [75] is granted, as follows:

1. The jury trial, **for both defendants**, now set for January 31, 2023, is continued to **March 21, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 23, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. **No further continuances will be granted without counsel for the parties requesting a hearing before the undersigned magistrate judge.**

DATED: January 19, 2023.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge