IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>RACHEAL A. CAIN and<br>ANDREW M. SACKETT,<br><br>    Defendants. | 8:21-CR-303<br><br>FINAL ORDER OF FORFEITURE |

   This matter is before the Court upon the Government's Motion for Final Order of Forfeiture. Filing 118. The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1. On March 30, 2023, the Court entered a Preliminary Order of Forfeiture forfeiting defendants' interests in the $11,902.00 and $677.00 in United States currency. Filing 108.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on April 1, 2023, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on June 6, 2023. Filing 117.

3. The Government advises the Court that no party has filed a petition regarding the subject currency. From a review of the Court file, the Court finds that no person or entity has filed a petition.

4. The Motion for Final Order of Forfeiture should be granted. Accordingly,

   IT IS ORDERED:

   1. The Government's Motion for Final Order of Forfeiture, Filing 118, is granted.

2. All right, title and interests in and to the currency taken from Defendants on or about September 23, 2021, held by any person or entity are forever barred and foreclosed.

3. The $11,902.00 and $677.00 in United States currency is forfeited to the government.

4. The Government is directed to dispose of that currency in accordance with law.

Dated this 7th day of June, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge